GARY *v.* GASKINS *et al.*

BECK, J. Under the evidence in the case, which was conflicting, the court did not err in denying the injunction prayed.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 17, 1916.

Petition for injunction.   Before Judge Thomas.   Berrien supe-
rior court.   January 29, 1916.

*E. K. Wilcox* and *Hendricks, Mills & Hendricks,* for plaintiff.
*W. R. Smith,* for defendants.